ISABELLE GLOVER, as Administratrix, etc., of GEORGE M. GLOVER, Deceased, Appellant, v. OSCAR DANIELS COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

ELMER E. SMATHERS, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MEYER, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

CHARLES T. DAVIS, Respondent, v. EDWIN WEISL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY JAFFE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Smith, J., dissenting.

SAMUEL PERLMUTTER, Appellant, v. ESTATE OF CHARLES A. COE, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

MAURICE GALIBERT, Respondent, v. J. C. HOFFMAN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.; Smith, J., dissenting.

J. A. VAN BRUNT & Co., INC., Appellant, v. GUARANTY TRUST COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs, upon the authority of Winter v. American Aniline Products, Inc. (236 N. Y. 199). Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.; Smith, J., dissenting.

MATTEO AVALLONE, Respondent, v. H. G. ALLI Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

ERNEST L. PRIOR, Appellant, v. MARGARET B. SELF, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.; Smith and Martin, JJ., dissenting.

EMILY BUSSE, Respondent, v. HELEN JONES and Another, Appellants, Impleaded with THOMAS F. SLATTERY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ARTHUR BYRNES, Respondent, v. HELEN L. JONES and Another, Appellants, Impleaded with THOMAS SLATTERY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

NELLE HAMILL, Appellant, v. JOHN D. HAMILL, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.